IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN KEITH SMITH,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　)
v.　　　　　　　　　　　　　　 )　　Civil Action No. 3:13CV856
　　　　　　　　　　　　　　　　)
HAROLD W. CLARKE,　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　　)

# FINAL ORDER
(Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. Smith's objection is OVERRULED.
2. The Report and Recommendation is ACCEPTED and ADOPTED.
3. The Motion to Dismiss (ECF No. 18) is GRANTED.
4. Smith's claims and the action will be DISMISSED.
5. The Clerk is DIRECTED to attach a copy of the Report and Recommendation (ECF No. 33) to this Final Order.
6. The Clerk is DIRECTED to place ECF Nos. 34, 35, 38, 40–43 under seal.
7. The Clerk will prepare a redacted version of ECF Nos. 34, 35, 38, 40–43.

Should Smith desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Smith.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Henry E. Hudson
Date: March 3, 2015　　　　　　United States District Judge
Richmond, Virginia